UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
November 5, 2020 10:31 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb   SCANNED BY: TB 11/5/20

CLARENCE OTWORTH,

        Plaintiff,

v.

GRETCHEN WHITMER,

        Defendant,

_____/

Case No. 1:20-cv-944

PAUL LEWIS MALONEY
U.S. District Judge

## REQUEST TO CLERK FOR ENTRY OF DEFAULT

The Plaintiff requests the clerk for the United States District Court, Western District of Michigan, Southern Division, to enter the Defendant's default in the above entitled action. The Defendant has failed to appear or otherwise answer the complaint, and is therefore in default as set out in the accompanying affidavit.

*Clarence Otworth*
Clarence Otworth
187 East Daniels Road
Twin Lake, MI 49457
(231) 292-1205

AFFIDAVIT OF DEFAULT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT.

State of Michigan_____
)
) SS
County of Muskegon \_\_\_)

Clarence Otworth being duly sworn deposes and says;

1. That he is the Plaintiff's attorney of record and has personal knowledge of the facts set forth in this affidavit.

2. That the Plaintiff, on the 28th day of September, 2020, filed his complaint against the Defendant.

3. That the Defendant was served with a copy of the summons and the Plaintiff's complaint, on the 9th day of October, 2020.

4. That more than 20 days have elapsed since the Defendant was served with the summons and complaint.

5. That the Defendant has failed to answer or otherwise defend as to the Plaintiff's complaint, or serve a copy of any answer or other defense which it might have had, upon Clarence Otworth, attorney of record for the plaintiff.

6. That this affidavit is executed in accordance with Rule No. 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant.

*Clarence Otworth*
Plaintiff's Attorney of Record



CLARENCE MATTHEW OTWORTH
187 EAST DANIELS ROAD
TWIN LAKE, MICHIGAN 49457
FRANK J. BURNS KILLED RFK

GRAND RAPIDS MI  493
3 NOV 2020  PM 3  L

OFFICE OF THE CLERK
United States District Court
399 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

49503-236399